Carroll v. Staten Island R. R. Co., 58 N. Y. 126, 17 Am. Rep. 221. Thus if, for injury to a woman by a car on the street whereby her unborn child is deformed, a railway company were liable to the child after birth in its action, yet it would not be liable to the child for mere negligence in the carriage of the mother, as it would owe its duty as a carrier to the mother, and not to the child. Such was the conclusion in Walker v. Great Northern R. Co. (1891) 28 Irish Law Reports, Q. B. & Exch. Div. 69, which has been noticed. Much broader was the decision in Dietrich v. Northampton (1884) 138 Mass. 14, 52 Am. Rep. 242, where a premature birth was caused by the mother slipping by reason of a defect in the defendant's highway, whereupon the child, too little advanced in foetal life, lived a few minutes, and it was held that an action for the death in behalf of the next of kin could not be maintained by its representatives. In Allaire v. St. Luke's Hospital (1900) 184 Ill. 359, 56 N. E. 638, 48 L. R. A. 225, 75 Am. St. Rep. 176, affirming 76 Ill. App. 441, the action was as alleged upon the defendant's contract to deliver the child without harm, whereas the mother was negligently hurt during carriage by defendant's elevator to the obstetrical part of the hospital, so that at its birth it had resultant injuries. It was decided that the action could not be maintained, but Boggs, J., dissented in an opinion expressing independent and logical thought, although his views would preclude recovery in the case at bar.

The judgment should be affirmed, with costs. All concur.

---

### NUGENT v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Division, Second Department. January 10, 1913.)

Appeal from Trial Term, Kings County.

Action by Arthur A. Nugent against the Brooklyn Heights Railroad Company. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before JENKS, P. J., and HIRSCHBERG, BURR, THOMAS, and CARR, JJ.

William E. Butler, of New York City, for appellant.

D. A. Marsh, of Brooklyn, for respondent.

PER CURIAM. Judgment unanimously affirmed, with costs on the authority of Girard Nugent v. Brooklyn Heights Railroad Co., 139 N. Y. Supp. 367, decided herewith.